# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2733
Lower Tribunal No. 2023-CF-004666

_____

DWAUNTAVIA LAVON THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED